

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Plaintiff<br>Castillo<br>v.<br><br>Defendant<br>RGS Financial | Case No: 13 C 5738<br><br>Judge Virginia M. Kendall |

## ORDER

(T:0)

## STATEMENT

Enter order granting final approval of class action settlement. The Court reserves jurisdiction over all matters arising out of the Settlement Agreement.

Date: March 11, 2014                              /s/ Virginia M. Kendall

2014 FEB -2 PM 1:39
CLERK
U.S. DISTRICT COURT